**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

-VS-

ANTHONY GOLLMAN,
        Defendant
_____/

Court Number: 01-72952
Honorable: Patrick J. Duggan
Claim Number: 1999A14814

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 21, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager